# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mj-106 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| JOHN GARCIA, | : | |
| Defendant. | : | |

## REMOVAL ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5. Defendant herein was arrested in this District upon a warrant issued upon an Order of the Court in the United States District Court for the Northern District of Illinois, Eastern Division, in Case No. 22cr410. Defendant appeared in open Court on February 28, 2025, and was advised of his rights. On advice of counsel, Defendant waived proof that he is the person named in the Order of the Court and his right to an Identity Hearing. The Court finds the waiver, knowing, intelligent and voluntary.

Defendant waived his right to a detention hearing in this District. Accordingly, **IT IS ORDERED** THAT THE DEFENDANT APPEAR IN THE United States District Court for the Northern District of Illinois, Eastern Division, for any further proceedings, as ordered by that court.

Pending hearings in the United States District Court for the Northern District of Illinois, Eastern Division, Defendant is remanded to the custody of the United States Marshal.

February 28, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge